JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0689 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| v. | |
| EFRAIN MARTIN, JR., | Current Hearing Date: December 3, 2009: Time: 2:30 p.m. |
| Defendant. | Proposed Hearing Date: December 10, 2009 Time 2:30 p.m. |

     The above-captioned case is currently scheduled for sentencing on December 3, 2009 at 2:30 p.m.  Due to scheduling conflicts, the government requests a continuance of the scheduled hearing for sentencing to December 10, 2009 at 2:30 p.m.  Counsel for the defendant and the Probation Officer have agreed to the proposed continuance.

     This request is made pursuant to Criminal Local Rule 32-2.  The final presentence report was filed on today's date, and due to the scheduling conflicts, good cause exists for the continuance of the sentencing hearing.  Crim. L.R. 32-2(a) - (a)(1).  Moreover, counsel for both parties and the probation officer have conferred and confirmed their availability on December 10, 2009 at 2:30 p.m.  Additionally, the Courtroom Deputy Clerk confirmed the Court's

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 09-0689 JSW

availability for December 10, 2009. Crim. L. R. 32-2(a)(2)-(3). A proposed order is attached hereto. Crim. L.R. 32-2(a)(4).

IT IS SO STIPULATED.

|  |  |
|---|---|
| DATED: November 10, 2009. | /s/<br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br>Northern District of California<br>CYNTHIA M. FREY<br>Assistant United States Attorney |
| DATED: November 10. 2009 | /s/<br>JODI LINKER<br>Assistant Federal Public Defender<br>Attorney for Efrain Martin, Jr. |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 09-0689 JSW

1       For good cause shown and in accordance with Criminal Local Rule 32-2(a) , the hearing
2  for sentencing on these matters, now scheduled for December 3, 2009 at 2:30 p.m., is vacated.
3  The hearing shall be continued to December 10, 2009, at 2:30 p.m. for sentencing.

IT IS SO ORDERED.

November 12, 2009
DATED                                             HON. JEFFREY S. WHITE
                                                  United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 09-0689 JSW