**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 09-00689-2 JSW |
| v. | **ORDER GRANTING GOVERNMENT'S MOTION TO CORRECT JUDGMENT** |
| EFRAIN MARTIN, JR., | |
| Defendant. | |

Now before the Court for consideration is the Motion to Correct Judgment filed by the United States of America. Having considered the parties' papers, the record in this case, and relevant legal authority, the Court finds the matter suitable for disposition without oral argument.

The Government asks the Court to correct the Judgment to include a special search condition to which the parties' agreed in the plea agreement. The Court's failure to include that special search condition in its oral pronouncement of sentence and judgment was an inadvertent oversight, and the Court fully intended to include that condition of supervised release pursuant to the parties' agreement.

The Government also asked that the Court correct the Judgment to include an agreed upon forfeiture. The Government has advised that the property in question has been administratively forfeited and, thus, no court action is required to effectuate the forfeiture. Again, however, the failure to reference the forfeiture during oral pronouncement of sentence and in the written judgment was an oversight.

The Court fully intended its sentence and judgment to comport with the parties' written plea agreement. Accordingly, pursuant to Federal Rule of Criminal Procedure 36, the Government's request to correct the Judgment is GRANTED. The Judgment shall be corrected to include the following provisions:

1. Efrain Martin, Jr. shall forfeit to the United States $4,800 in U.S. currency seized by law enforcement from 1233 Kawana Terrace, #8303, Santa Rosa, California, on June 18, 2009, which is forfeitable to the United States pursuant to the provisions of 21 U.S.C. §§ 853 and 881(a)(6) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853.

2. Efrain Martin, Jr. shall be subject to the following special condition of Supervised Release: The defendant shall submit his person, property, place of residence, vehicle, and personal effects to search at any time of the day or night, with or without a warrant, with or without probable cause, and with or without reasonable suspicion by a probation officer or any federal, state, or local law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn other people in his residence or vehicle that they may be subject to search.

**IT IS SO ORDERED.**

Dated: January 20, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2